**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jesus Sima N Donq Manque,<br><br>      Petitioner<br><br>v.<br><br>DHS, et al.,<br><br>      Respondents | Case No. 2:26-cv-00586-CDS-DJA<br><br>**Order Approving Stipulation to Extend Time to File Amended Petition**<br><br>[ECF No. 9] |

Based on the parties' stipulation, it is ordered, nunc pro tunc, that the deadline to file an amended petition is extended to April 16, 2026; therefore the government's response is due by April 30, 2026, and the petitioner's reply is due by May 7, 2026.

Dated: April 6, 2026

_____
UNITED STATES DISTRICT JUDGE