UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesus Sima N Donq Mangue,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-00586-CDS-DJA

**Order Granting Petitioner's Motion to Extend Time**

[ECF No. 29]

Jesus Sima N Donq Mangue's counsel seeks an additional ten days to file a second amended petition for writ of habeas corpus. ECF No. 29. Counsel represents that the extension is necessary because the federal defendants have still not produced the petitioner's immigration records, nor have they certified that, after a diligent search, those records are not in their possession, custody, or control. *Id.* Counsel contends that the records contain essential, verifiable information necessary to properly raise the petitioner's claims for relief. *Id.* I find the petitioner's request is made in good faith and not for the purposes of delay, so I find good cause to grant the extension.

IT IS ORDERED that the petitioner's motion to extend time **[ECF No. 29] is granted**. The second amended petition is due by October 1, 2026.

Dated: September 23, 2026

Cristina D. Silva
United States District Judge