UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesus Sima N Donq Mangue,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-00586-CDS-DJA

**Order Granting Petitioner's Motion to Extend Time**

[ECF No. 31]

Jesus Sima N Donq Mangue's counsel seeks additional time to file a second amended petition for writ of habeas corpus. ECF No. 31. Counsel represents that the extension is necessary because the audio from the petitioner's June 10, 2026 immigration hearing is incomplete and the missing portion contains the immigration judge's findings on detention. *Id.* at 2. I find the petitioner's request is made in good faith and not for the purposes of delay, so I find good cause to grant the extension.

It is ordered that the respondents must provide a full and complete copy of the June 10, 2026 hearing, by October 23, if they have not done so already.

It is further ordered that the petitioner's motion to extend time **[ECF No. 31] is granted** nunc pro tunc. The second amended petition is due by October 30, 2026.

Dated: October 15, 2026

Cristina D. Silva
United States District Judge